**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No.: **0:01-CV-1421 ADM/JMM**

Brown,

v

American Express Co.

**IN RE:** **Notice of Reassignment of Magistrate Judge**
**NEW: 0:01-CV-1421 ADM/AJB**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **U S District Court Magistrate Judge Arthur J. Boylan** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Kathy Thobe at 651 848 1210.**

DATE: **June 19, 2002**

**Richard D. Sletten, Clerk**

9

FILED June 19, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____