**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

**AMENDED** **NOTICE TO COUNSEL**

Civil Case No.: 0:01cv1421 (ADM/AJB)

Brown
v.
American Express

**IN RE: Notice of Reassignment of Magistrate Judge - NEW: 0:01cv1421 (ADM/SRN)**

Magistrate Judge Boylan had previously recused himself on this case when it was originally assigned on 08/07/01.

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Susan Richard Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Beverly Riches at 651-848-1200.

**DATED: June 24, 2002**

Richard D. Sletten

**Richard D. Sletten, Clerk**

**FILED 6/24/02**
**Richard D. Sletten, Clerk**
**DEPUTY CLERK** jbs

10