UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nancy Brown,

Plaintiff,

v.

American Express Company and Metropolitan Life Insurance Company,

Defendants.

---

Civil No. 01-1421 (ADM/JMM)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties, by their respective undersigned counsel of record, hereby stipulate to execution and entry of the following Order.

Dated: October 15, 2002.

Cynthia M. Klaus
Terrence E. Bishop (149081)
Cynthia M. Klaus (27883X)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiff Nancy Brown

Dated: October 17, 2002.

Christopher R. Morris
BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.
3550 Multifoods Tower
33 South Sixth Street
Bloomington, Minnesota 55402
(612) 333-3000

Attorneys for Defendants American Express Company and Metropolitan Life Insurance Company

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

Pursuant to the forgoing Stipulation and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits, and without costs to any party.

Dated: October 21, 2002.

Ann D. Montgomery
United States District Judge

800803.1